**Order entered December 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00394-CV

## IN RE ALBERT G. HILL, JR., DECEASED, THROUGH MARGARET KELIHER, INDEPENDENT EXECUTOR OF THE ESTATE OF ALBERT G. HILL, JR., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **REINSTATE** this case and **DISMISS** relator's April 4, 2019 petition for writ of mandamus. We **VACATE** our April 5, 2019 order staying the trial court's March 21, 2019 discovery order and requesting a response. It is **ORDERED** that each party bear its own costs of this original proceeding.


/s/      LANA MYERS
          JUSTICE